# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1303

_____

Rodrigo Flores Flores

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 26, 2013
Filed: November 29, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

El Salvadoran citizen Rodrigo Flores Flores petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's denial of asylum and withholding of removal. After careful consideration, we conclude that we lack jurisdiction to review the BIA's denial of asylum, because that denial was based on an unexcused delay in filing the asylum application. See 8

U.S.C. § 1158(a)(3); Ngure v. Ashcroft, 367 F.3d 975, 989 (8th Cir. 2004). As to the BIA's denial of withholding of removal, we conclude that it was supported by substantial evidence on the record as a whole. See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379-81 (8th Cir. 2013) (substantial-evidence standard for denial of withholding of removal); Gaitan v. Holder, 671 F.3d 678, 682 (8th Cir.) (El Salvadoran males who have rejected or resisted membership in gang did not constitute particular social group for purposes of removal relief), cert. denied, 133 S. Ct. 526 (2012); Malonga v. Mukasey, 621 F.3d 757, 766 (8th Cir. 2010) (harm arising from general conditions such as anarchy, civil war, or mob violence will not ordinarily support claim of persecution). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____